# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Henri Martin, dba Martin's Trucking LLC, | Chapter 13 |
| **Debtor 1** | Case No. 5:18–bk–02816–RNO |

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated July 5, 2018.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: November 27, 2018

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

ordsmiss (05/18)